[No. 8499–2–I.   Division One.   November 9, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD S. HUNTER, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 4073, Harry A. Follman, J., entered February 6, 1980. *Affirmed* by unpublished opinion per Durham, J., concurred in by Swanson, J., Ringold, A.C.J., dissenting.

[No. 8902–1–I.   Division One.   November 9, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANKLIN J. GRANT, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. GARRISON EDWARDS, *Appellant.*

Appeal from judgments of the Superior Court for King County, Nos. 79–1–00389–8, 80–1–00200–3, Frank J. Eberharter and David C. Hunter, JJ., entered May 23 and June 19, 1980. *Affirmed in part* and *reversed in part* by unpublished opinion per Williams, J., concurred in by Callow and Andersen, JJ.

[No. 9103–4–I.   Division One.   November 9, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH LAVON WILEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–01310–2, Horton Smith, J., entered July 22, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by James, C.J., and Andersen, J.